John DOE, M.D., by Curtis LAVERY, Executor of his Estate, Plaintiff–Appellant,

v.

ATTORNEY GENERAL OF the UNITED STATES, et al., Defendants–Appellees.

No. 93–15253.

United States Court of Appeals, Ninth Circuit.

Sept. 9, 1996.

Before: WALLACE,* Senior Circuit Judge; O'SCANNLAIN, Circuit Judge; and KELLEHER,** District Judge.

In light of the Supreme Court's decision in *Lane v. Pena*, 518 U.S. ——, 116 S.Ct. 2092, 135 L.Ed.2d 486 (1996), the district court's judgment in favor of Defendants–Appellees is AFFIRMED. The case is REMANDED to the district court for consideration of whether attorneys fees should be awarded, and if so, the amount of the award.

---

* At the time of submission, the Honorable J. Clifford Wallace was sitting as Chief Judge of the United States Court of Appeals for the Ninth Circuit.

** The Honorable Robert J. Kelleher, Senior United States District Judge for the Central District of California, sitting by designation.